IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE D. SIMMS, | § § | |
| *Plaintiff,* | § § | SA-18-CV-00211-DAE |
| vs. | § § | |
| CITY OF SAN ANTONIO, TEXAS, MARA LYNN WILSON, | § § § | |
| *Defendants.* | § § § § | |

# ORDER

Before the Court in the above-styled and numbered cause of action are Plaintiff's Motion to Exclude Defendant City of San Antonio's Expert Timothy Braaten [#35], Plaintiff's Motion to Exclude Defendant City of San Antonio's Expert Gustavo Guzman [#36], Plaintiff's Motion to Exclude Defendant Wilson's Expert Albert Ortiz [#37], and Plaintiff's Motion to Exclude an Expert or in the Alternative Cumulative and Duplicative Testimony (Drs. Ticknor and Cooper) [#41]. The motions were referred to the undersigned on October 18 and October 23, 2018. In reviewing the motions, the Court has also considered Defendants' responses to them [#46, #47, #48, #49].

The Court held a hearing on the motions on March 25, 2019, and all parties appeared through counsel of record. After considered the motions and responses thereto, the record, the applicable law, and the arguments made at the hearing, the Court made certain oral rulings and stated its reasons for those rulings on the record. In addition, the Court now confirms its oral rulings with the following written orders:

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Exclude Defendant City of San Antonio's Expert Timothy Braaten [#35], Plaintiff's Motion to Exclude Defendant City of San Antonio's Expert Gustavo Guzman [#36], and Plaintiff's Motion to Exclude Defendant Wilson's Expert Albert Ortiz [#37] are **DENIED,** without prejudice to the objections therein being raised in a motion *in limine* or at trial.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Exclude an Expert or in the Alternative Cumulative and Duplicative Testimony (Drs. Ticknor and Cooper) [#41] is **DENIED,** without prejudice to the objections therein being raised in a motion *in limine* or at trial.

**IT IS SO ORDERED.**

SIGNED this 25th day of March, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE